**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HERBERT A. TRAVIS, | |
| Plaintiff, | |
| v. | Civil Action No. 10-00746 (JDB) |
| U.S. DEPARTMENT OF LABOR, | |
| Defendant. | |

**ORDER**

Upon consideration of [6] defendant's motion to dismiss the complaint, and for the

reasons explained in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [6] the motion to dismiss is **GRANTED**.


/s/
JOHN D. BATES
United States District Judge


Dated: November 12, 2010